**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRIAN ABINGTON
    Plaintiff,

vs.                                        CASE NO. 8:10-cv-2588-T33-AEP

BRYANT, HODGE & ASSOCIATES, LLC
    Defendants.
_____/

**SATISFACTION OF JUDGMENT**

      On January 14, 2011 and February 28, 2011, Defendant, BRYANT, HODGE & ASSOCIATES, LLC, delivered to Plaintiff and Plaintiff accepted from Defendant payment in the amount of $2,000.00 total for statutory damages demanded in the Default Judgment in full satisfaction of Plaintiff's Claim.

Dated:   June 21, 2011                   Respectfully submitted,

                                                    s/ G. Donald Golden
                                         G. DONALD GOLDEN, ESQUIRE
                                         Florida Bar No. 0137080
                                         E-Mail: don@brandonlawyer.com
                                         JOSEPH B. BATTAGLIA, ESQUIRE
                                         Florida Bar No. 0058199
                                         E-Mail: joe@brandonlawyer.com
                                         DAVID S. BROMLEY, ESQUIRE
                                         Florida Bar No. 0155349
                                         E-Mail: dave@brandonlawyer.com
                                         THE GOLDEN LAW GROUP
                                         808-A Oakfield Drive
                                         Brandon, Florida   33511
                                         Telephone:  (813) 413-8700
                                         Facsimile:   (813) 413-8701
                                         Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing SATISFACTION OF JUDGMENT has been provided via U.S. Mail, postage prepaid, or electronically to: Bryant, Hodge & Associates, LLC c/o The Corporation Company, Registered Agent, 1209 Orange St, Wilmington, DE 19801; on this the 21st day of June, 2011.

                                                  s/ G. Donald Golden
                                                  G. DONALD GOLDEN, ESQUIRE
                                                  JOSEPH B. BATTAGLIA, ESQUIRE
                                                  DAVID S. BROMLEY, ESQUIRE